## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE:  Georgia Diane Daniels    )
               )  Case No.  17-43147
               )
        Debtor(s)  )

### FOURTH AMENDED CHAPTER 13 PLAN

   COMES NOW, the Debtor, by and through her attorney, Jason G. Roach, and amends her Chapter 13 Plan filed with the court on or about April 11, 2018 to reflect the following:

1. $ 175.00  per month starting with the payment due April 2019
   then $ 405.00  per month starting with the payment due in February 2020
   then $ 705.00  per month starting with the payment due in December 2020
   then $ 965.00  per month starting with the payment due in March 2021

2. All other provisions of the original Chapter 13 Plan, as previously amended, if any, shall remain the same.

Respectfully submitted,

/s/ Jason G. Roach_____
Jason G. Roach #51302
Roach Bankruptcy Center, LLC
851 NW 45th Street, Suite 208
Gladstone, MO 64116
Phone:  816-454-5555
Fax: 816-817-7733
E-mail: roachbankruptcy@gmail.com
Attorney for the Debtors

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served, in addition to the parties notified by the U.S. Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest, via U.S. Postal Service, first class, postage pre-paid, on this 2nd day of April, 2019.

Georgia Diane Daniels
11305 North Ditman
Kansas City, MO 64157

/s/ Jason G. Roach _____
Jason G. Roach #51302